Entered: June 7, 2017
Signed: June 7, 2017

**SO ORDERED**



JAMES F. SCHNEIDER
U.S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
## at Baltimore

In re:   Case No.: **16–18998 – JS**   Chapter: **13**

**Steven E. Downey**
Debtor

## ORDER DISCHARGING TRUSTEE AND CLOSING CASE

It appearing to the Court that the Trustee in the above–entitled case has performed all duties required of him/her in the administration of said estate;

ORDERED, that the said estate be and it hereby is closed; that the Trustee be and he/she hereby is discharged from and relieved of his/her trust.

cc:   Case Trustee – Nancy Spencer Grigsby

## End of Order

odsctr – cadams